CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
AUG 03 2010
JULIA C. DUDLEY, CLERK
BY: /s/ 
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| BUILDERS MUTUAL INSURANCE COMPANY, | CIVIL ACTION No. 6:09-CV-00046 |
| *Plaintiff,* | |
| v. | ORDER |
| HALF COURT PRESS, L.L.C., ET AL., | NORMAN K. MOON |
| *Defendants.* | SENIOR UNITED STATES DISTRICT JUDGE |

For the reasons stated in the accompanying memorandum opinion, Plaintiff's motion for summary judgment (docket no. 16) is DENIED.

The Clerk of the Court is directed to send a certified copy of this order and the accompanying memorandum opinion to all counsel of record.

It is so ORDERED.

Entered this 3rd day of August, 2010.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE