CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

SEP 21 2010

BY: JULIA C. DUDLEY, CLERK
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| BUILDERS MUTUAL INSURANCE COMPANY,<br><br>*Plaintiff,*<br><br>v.<br><br>HALF COURT PRESS, L.L.C., ET AL.,<br><br>*Defendants.* | CIVIL ACTION No. 6:09-CV-00046<br><br><br>ORDER<br><br><br>NORMAN K. MOON<br>UNITED STATES DISTRICT JUDGE |

For the reasons stated in the accompanying memorandum opinion, I find that Plaintiff is entitled to the requested declaratory judgment, and hereby declare that Plaintiff has no duties to Defendant Half Court Press, L.L.C. under the commercial general liability policy Plaintiff issued to Defendant Riverview Property Development Group, L.L.C.. for the policy period March 13, 2008, through March 13, 2009. Additionally, Defendants' counterclaims are dismissed. Judgment is entered accordingly, and the Clerk of the Court is directed to strike this matter from the court's active docket.

The Clerk is further directed to send a certified copy of this order and the accompanying memorandum opinion to all counsel of record.

It is so ORDERED.

Entered this 21st day of September, 2010.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE